UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, | Case No. 1:25-cv-00544-KES-BAM |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO OPEN NEW CASE WITH LODGED SECOND AMENDED COMPLAINT |
| v. | |
| SANGER POLICE DEPARTMENT, *et al.*, | (Doc. 6) |
| Defendants. | ORDER STRIKING LODGED SECOND AMENDED COMPLAINT FROM THIS ACTION (Doc. 6) |

Plaintiff James Jenkins ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983 and state law. Plaintiff asserted claims against the Sanger Police Department, Fresno Police Department, Fresno County Sheriff John Zanoni, Sanger Police Officer Daniel Ruby, and Fresno Police Officer Daniel Saldana for incidents occurring between January 23, 2023, and August 1, 2024. (Doc. 1.)

On November 14, 2025, the Court screened Plaintiff's complaint and instructed him that he may not bring unrelated claims against unrelated parties in a single action. (Doc. 4.) Specifically, the Court explained that Plaintiff may not bring in one case all unrelated claims he has arising from different incidents on different dates, spanning multiple years, involving different defendants and different municipal entities. (*Id.*) Based on its screening of the complaint, the Court concluded that (1) joinder was improper under Federal Rules of Civil

1

Procedure 18 and 20, and (2) Plaintiff only stated a claim against Officer Saldana that Officer Saldana seized, searched, and deleted a video from Plaintiff's cell phone in violation of the Fourth Amendment. (*Id.*) The Court therefore directed Plaintiff, within thirty (30) days, to either file a first amended complaint or notify the Court in writing that he did not wish to file a first amended complaint and was willing to proceed only on his cognizable claim against Officer Saldana. (*Id.*)

On December 15, 2025, Plaintiff filed a first amended complaint against Officer Saldana alleging a violation of the Fourth Amendment. (Doc. 5.)

On December 17, 2025, a second amended complaint against Officer Ruby alleging a violation of the Fourth Amendment and state law was lodged in this action. (Doc. 6.)

Having considered the Court's prior instructions regarding joinder, and the submission of two separate amended complaints against two different defendants, the Clerk of the Court is DIRECTED to file Plaintiff's lodged second amended complaint (Doc. 6) is a new action. The lodged second amended complaint shall be STRICKEN from this action.

IT IS SO ORDERED.

Dated: **December 22, 2025**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE